UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WESLEY BLOCKER<br>Plaintiff | *<br>*<br>* | CIVIL ACTION NO. 25-00118 |
| VERSUS | *<br>* | JUDGE: JOHN W. DEGRAVELLES |
| LIBERTY MUTUAL INSURANCE<br>COMPANY<br>Defendant | *<br>*<br>* | MAG. JUDGE: RICHARD L.<br>BOURGEOIS, JR. |

**LIBERTY PERSONAL INSURANCE COMPANY'S**
**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Defendant, Liberty Personal Insurance Company ("Liberty"), respectfully moves to substitute Elizabeth A. Houts (LA Bar No. 40186), of the law firm of PIPES | MILES | BECKMAN, LLC as counsel of record for Liberty in place of Joshua R. Yeager (LA Bar No. 40111), who will no longer be counsel of record in this case. H. Minor Pipes, III and Patrick J. Lorio will remain enrolled as counsel for Liberty.

Defendant, Liberty Personal Insurance Company, prays that this Court enter an Order permitting Elizabeth A. Houts to be enrolled as counsel of record for Liberty and terminating Joshua R. Yeager as counsel of record for Liberty in this proceeding.

Respectfully submitted,

| | |
|---|---|
| /s/ Joshua R. Yeager | /s/ Elizabeth A. Houts |
| Joshua R. Yeager, 40111 | H. Minor Pipes, III, 24603 |
| PIPES \| MILES \| BECKMAN, LLC | Patrick J. Lorio, 38328 |
| 1100 Poydras Street, Suite 3300 | Elizabeth A. Houts, 40186 |
| New Orleans, Louisiana 70163 | PIPES \| MILES \| BECKMAN, LLC |
| Telephone: (504) 322-7070 | 1100 Poydras Street, Suite 3300 |
| Facsimile: (504) 322-7520 | New Orleans, Louisiana 70163 |
| jyeager@pipesmiles.com | Telephone: (504) 322-7070 |
| | Fax: (504) 322-7520 |
| *Attorneys for Defendant, Liberty Personal Insurance Company* | mpipes@pipesmiles.com |
| | plorio@pipesmiles.com |
| | ehouts@pipesmiles.com |
| | |
| | *Attorneys for Defendant, Liberty Personal Insurance Company* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WESLEY BLOCKER<br>Plaintiff | * * * | CIVIL ACTION NO. 25-00118 |
| VERSUS | * * | JUDGE: JOHN W. DEGRAVELLES |
| LIBERTY MUTUAL INSURANCE<br>COMPANY<br>Defendant | * * * | MAG. JUDGE: RICHARD L.<br>BOURGEOIS, JR. |

## ORDER

**CONSIDERING THE FOREGOING** Motion to Substitute Counsel of Record filed by Defendant, Liberty Personal Insurance Company;

**IT IS ORDERED** that the motion is **GRANTED** and that Elizabeth A. Houts (LA Bar No. 40186) of the law firm of PIPES | MILES | BECKMAN, LLC is permitted to enroll as counsel for Liberty Personal Insurance Company in place of Joshua R. Yeager.

IT IS FURTHER ORDERED that Joshua R. Yeager (LA Bar No. 40111) is TERMINATED as counsel of record for Liberty Personal Insurance Company.

Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
**JUDGE**