UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WESLEY BLOCKER<br>Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 25-00118 |
| VERSUS | * <br> * | JUDGE: JOHN W. DEGRAVELLES |
| LIBERTY MUTUAL INSURANCE<br>COMPANY<br>Defendant | * <br> * <br> * | MAG. JUDGE: RICHARD L.<br>BOURGEOIS, JR. |

## ORDER

**CONSIDERING THE FOREGOING** Motion to Substitute Counsel of Record filed by Defendant, Liberty Personal Insurance Company;

**IT IS ORDERED** that the motion is **GRANTED** and that Elizabeth A. Houts (LA Bar No. 40186) of the law firm of PIPES | MILES | BECKMAN, LLC is permitted to enroll as counsel for Liberty Personal Insurance Company in place of Joshua R. Yeager.

IT IS FURTHER ORDERED that Joshua R. Yeager (LA Bar No. 40111) is TERMINATED as counsel of record for Liberty Personal Insurance Company.

Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
**JUDGE**